MARCUS A. BERG, ESQ.
Nevada Bar No. 9670
marcus@mossberglv.com
BOYD B. MOSS, III, ESQ.
Nevada Bar No.8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON ROBERT HARDY,<br><br>Plaintiff,<br><br>v.<br><br>TRUE CONNECTIONS LLC, a Ohio Domestic Limited Liability Company; ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC, a Foreign Limited-Liability Company; ARCHER WEST SECURITY & CONSULTING GROUP LLC, Domestic Limited Liability Company;  ROE PROPERTY MANAGEMENT COMPANY; DOES I through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.  2:24-cv-01824-BNW<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER (SECOND REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby

1

stipulate to request that this Court enter an order extending the deadlines in the current Scheduling Order [Doc 12].

The parties bring this stipulation and request for an order extending pretrial deadlines to allow the parties to complete additional discovery necessary for expert discovery, fact discovery and trial preparation. This is the parties second request for an extension of deadlines. There is no trial date set in this matter.

Good cause exists to extend the pretrial deadlines. The parties have worked diligently to complete discovery.

### **DISCOVERY COMPLETED TO DATE- LR 26-3(a)**

1. The parties participated in the Fed. R. Civ. P. 26(f) conference.
2. Plaintiff produced his initial Fed. R. Civ. P. 26(a) disclosures.
3. Defendant ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC produced their initial Fed. R. Civ. P. 26(a) disclosures.
4. Plaintiff served their First Set of Interrogatories, and Requests for Production to Defendant ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC on January 14, 2025.
5. Defendant ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC served their First Set of Interrogatories and Requests for Production to Plaintiff on January 21, 2025;
6. Plaintiff responded to Defendant ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC' Discovery on February 14, 2025;
7. Defendant, ML-CFC 2007-7 EAST FLAMINGO ROAD, responded to Plaintiff's Discovery Requests on March 18, 2025,

### **DISCOVERY REMAINING – LR 26-3(b)**

1. complete production of records from third parties;

2. disclosure of initial and rebuttal expert witnesses;

3. depositions of parties and percipient witnesses;

4. depositions of expert witnesses; and

5. any additional discovery that the parties may deem necessary.

## **GOOD CAUSE FOR EXTENSION – LR 26-3(c)**

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the deadline for discovery deadlines, and the deadlines for dispositive motions and the joint pre-trial order. Plaintiff filed a Second Amended Complaint on Apil 11, 2025 to add new Defendant, ARCHER WEST SECURITY & CONSULTING GROUP LLC. Defendant. ARCHER WEST SECURITY & CONSULTING GROUP LLC was served with the Second Amended Complaint on May 14, 2025. The parties are still waiting for the new Defendant to respond to the Second Amended Complaint. As such, the parties need to extend all discovery deadlines to allow the new Defendant to participate in said discovery.

Accordingly, the parties request extending the remaining deadlines by 90 days, as outlined below:

## **PROPOSED DISCOVERY DEADLINES - LR 26-3(d)**

|  | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Initial Experts** | June 24, 2025 | **September 22, 2025** |
| **Rebuttal Experts** | July 24, 2025 | **October 22, 2025** |
| **Discovery Deadline** | August 25, 2025 | **November 24, 2025** |
| **Dispositive Motions** | September 24, 2025 | **December 24, 2025** |
| **Pre-Trial Order** | October 24, 24, 2025 | **January 23, 2026** |

If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline.

The parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**STIPULATED TO BY:**

DATED this __27th__ day of May 2025.     DATED this _27th_ day of May 2025.

| MOSS BERG INJURY LAWYERS | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| */s/ Marcus A. Berg*<br>MARCUS A. BERG, ESQ.<br>marcus@mossberglv.com<br>BOYD B. MOSS III, ESQ.<br>boyd@mossberglv.com<br>JOHN C. FUNK, ESQ.<br>Nevada Bar No. 9255<br>john@mossberglv.com<br>5420 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* | By: /s/ Ashley Zurkan<br>Larry H. Lum<br>Nevada Bar No. 14914<br>Karen L. Bashor<br>Nevada Bar No. 11913<br>Ashley Zurkan<br>Nevada Bar No. 16473<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>Telephone: (702) 727-1400<br>Facsimile: (702) 727-1401<br>larry.lum@wilsonelser.com<br>karen.bashor@wilsonelser.com<br>i-che.lai@wilsonelser.com<br>*Attorneys for Defendant ML-CFC 2007-7 East Flamingo Road, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 27, 2025