Larry H. Lum
Nevada Bar No. 14914
Karen L. Bashor
Nevada Bar No. 11913
Ashley L. Zurkan
Nevada Bar No. 16473
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
Ashley.zurkan@wilsonelser.com
*Attorneys for Defendant ML-CFC 2007-7 East Flamingo Road, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEON ROBERT HARDY,<br><br>            Plaintiff,<br><br>        v.<br><br>TRUE CONNECTIONS LLC, an Ohio Domestic Limited Liability Company; ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC, a Foreign Limited-Liability Company; ARCHER WEST SECURITY & CONSULTING GROUP LLC, Domestic Limited Liability Company; ROE PROPERTY MANAGEMENT COMPANY; DOES I through X; and ROE CORPORATIONS III through X, inclusive,<br><br>            Defendants. | Case No.    2:24-cv-01824-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC AND ARCHER WEST SECURITY & CONSULTING GROUP, LLC ONLY WITH PREJUDICE** |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action pertaining to DEFENDANT ML-CFC 2007-7 EAST FLAMINGO ROAD, LLC and ARCHER WEST SECURITY & CONSULTING GROUP, LLC **only** with prejudice; each party to bear their own fees and costs.

Page 1 of 2

312147351v.1

*Case No. 2:24-cv-01824-BNW*
*Leon Robert Hardy v. True Connections LLC, et. al.*

DATED this 31st day of March, 2026.

MOSS BERG INJURY LAWYERS


*/s/ Marcus Berg*
Marcus Berg
Nevada Bar No. 9760
5420 W. Sahara Ave #101
Las Vegas, NV 89146
*Attorneys for Plaintiff*


DATED this 31st day of March, 2026.

OLSON CANNON & GORMLEY

*/s/ Max E. Corrick, II*
James R. Olson
Nevada Bar No. 116
Max E. Corrick, II
Nevada Bar No. 6609
Jilliane A. Jackson
Nevada Bar No. 15573
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
*Attorneys for Defendant Archer West Security &*
*Consulting Group, LLC*

Respectfully Submitted By:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP


*/s/ Ashley Zurkan*
Larry H. Lum
Nevada Bar No. 14914
Karen L. Bashor
Nevada Bar No. 11913
Ashley L. Zurkan
Nevada Bar No. 16473
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for* Attorneys *for Defendant*
*ML-CFC 2007-7 East Flamingo Road, LLC*

**IT IS SO ORDERED**

**DATED:** 10:45 am, April 01, 2026

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

312147351v.1